PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ONESIMO VIVEROS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ONESIMO VIVEROS,<br><br>　　　　Defendant | CASE NO. 1:05-cr-350-LJO<br><br>Stipulation to continue; Court Order **DENYING** said continuance<br><br>DATE:　March 30, 2006<br>TIME:　9:00a.m.<br>Judge:　HON. LAWRENCE J. O'NEILL |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kevin P. Rooney, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Onesimo Viveros that the Status Conference date scheduled for March 30, 2007, be vacated and the status conference be continued to this court's calendar on April 20, 2007 at 9:00 a.m.

　　　The court is advised that counsel have conferred about this request, that they have agreed to April 20, 2007 date and that Mr. Rooney has authorized Preciliano Martinez to sign this stipulation on his behalf.

**IT IS SO STIPULATED**
DATED: March 29, 2007　　　　　　　　　　　　/s/ Preciliano Martinez
　　　　　　　　　　　　　　　　　　　　　　　　　PRECILIANO MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　Onesimo Viveros


Dated: March 29, 2007　　　　　　　　　　　　/s/Kevin P. Rooney
　　　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. ROONEY
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

2   A STIPULATION TO CONTINUE A HEARING, WITHOUT STATING GOOD LEGAL
3   CAUSE DOES NOT JUSTIFY A COURT ORDER GRANTING A CONTINUANCE.
    THE REQUEST FOR A COURT ORDER IS DENIED.
4

5

6

7

8

9

10
                                    IT IS SO ORDERED.
11

12
              Dated:    March 29, 2007         /s/ Lawrence J. O'Neill
13
                              b9ed48UNITED STATES DISTRICT JUDGE
14

15
..                                                                              .
16

17

18

19

20

21

22

23

24

25

26

27

28