PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ONESIMO VIVEROS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ONESIMO VIVEROS<br><br>    Defendant | CASE NO. 1:05-cr-350-LJO<br><br>AMENDED STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>DATE:  March 30, 2006<br>TIME:  9:00a.m.<br>Judge:   HON. LAWRENCE J. O'NEILL |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kevin P. Rooney, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Onesimo Viveros that the Status Conference date scheduled for March 30, 2007, be vacated and the status conference be continued to this court's calendar on April 20, 2007 at 9:00 a.m. This continuance is requested due to the fact that Mr. Preciliano Martinez is currently in a Trial (USA v. Javier Lua, Case No.: 1:04-cr-05327-AWI) which is scheduled to go into the end of next week.

   The court is advised that counsel have conferred about this request, that they have agreed to April 20, 2007 date and that Mr. Rooney has authorized Preciliano Martinez to sign this stipulation on his behalf.

**IT IS SO STIPULATED**

DATED: March 29, 2007                          /s/ Preciliano Martinez
                                               PRECILIANO MARTINEZ
                                               Attorney for Defendant
                                               Onesimo Viveros


Dated: March 29, 2007                          /s/Kevin P. Rooney
                                               KEVIN P. ROONEY
                                               Assistant United States Attorney
                                               Attorney for Plaintiff


**The court finds good cause, due to the unavailability of defense counsel, for the continuance and the exclusion of time to April 20, 2007.   The Court notes that this case is old.  At the April 20th status conference, a FIRM trial date will be set, and counsel are ordered to be in a position with their calendars to set it.**

IT IS SO ORDERED.

**Dated:   March 29, 2007**                          /s/ Lawrence J. O'Neill

b9ed48                                         UNITED STATES DISTRICT JUDGE