```
1    J.M. IRIGOYEN #177626
     Attorney at Law
2    J.M. IRIGOYEN LAW CORPORATION
     2131 Amador
3    Fresno, CA 93721

4    559.233.3333

5
     Attorney for Defendant
6    ONECIMO VIVEROS

7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 05 cr 350 LJO |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING AND ORDER OF DENIAL** |
| vs. | ) | |
| ONECIMO VIVEROS, | ) | |
| Defendant. | ) | |

**STIPULATION**

It is stipulated and agreed between the parties that sentencing in the above matter currently set for May 30, 2008, be continued to June 13, 2008 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: May 23, 2008

s/J.M. Irigoyen

_____
by: J.M. Irigoyen
Attorney for Defendant

//

//

//

//

1

```
1        I hereby consent to the above stipulation.
2   DATED: May 23, 2008
                                        s/Kevin Rooney
3
                                        _____
4                                       By: Kevin Rooney
                                        Assistant U.S. Attorney
5

6

7   NO GOOD CAUSE HAS BEEN PROVIDED TO ALLOW THE CONTINUANCE.
    A STIPULATION DOES NOT ESTABLISH GOOD CAUSE.  THE REQUEST
8   IS DENIED.
```

                        IT IS SO ORDERED.

**Dated:   May 23, 2008**              **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE